UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES BUSH,<br>　　　　Plaintiff,<br>V.<br>KATHY BICKEL,<br>　　　　Defendant. | Case Number CV-07-4261-JF<br><br>Case Management Conference<br><br>NOVEMBER 30, 2007<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on November 30, 2007 at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

October 3, 2007　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　　By:　/s/
　　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk

Copy mailed to:  James Bush, 3859 De La Cruz Blvd., Santa Clara, CA  95054