# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JAMES BUSH,<br>    Plaintiff,<br><br>V.<br><br>SUNNYVALE POLICE DEPT.,<br>    Defendant.<br>_____/ | CV-07-831-JF and Related Cases CV-07-3641-JF,<br>CV-07-3942-JF, CV-07-4241-JF,<br>CV-07-4261-JF and CV-07-4460-JF<br><br>ORDER OF DISMISSAL |

The above named matter came regularly for Show Cause hearing before the Honorable Jeremy Fogel in Courtroom 3, on October 5, 2007 at 10:30 a.m. No appearance or response was made o behalf of plaintiff.

IT IS HEREBY ORDERED that this case and all related cases be dismissed for failure to prosecute.

Dated: [signature]

[signature]
JEREMY FOGEL
United States District Judge