| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

9/27/07 ENTERED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James Alan Bush | C07-4261PVT JF |
| DEFENDANT | TYPE OF PROCESS |
| Kathy Bichel, et al | **See Below |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kathy Bichel

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1256 Blakely Drive, GRNWD, IN 46142

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Alan Bush
3859 De La Cruz Blvd
Santa Clara, CA 95154

| Number of process to be served with this Form - 285 | 4 |
|---|---|
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. Complaint and Civil Cover Sheet
2. Application to Proceed In Forma Pauperis
3. Order Setting Initial Case Management Conference and ADR Deadlines
4. Order re Application to Proceed In Forma Pauperis

FILED
NOV 1 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Betty Walton  *Betty Walton*  TELEPHONE NUMBER: 408-535-5513  DATE: 9/24/2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 11 | No. 11 | [signature] | 9/27/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 11/15/07 | U.S Mail | pm |

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
9/27/07 MAILED CERTIFIED RETURN RECEIPT MAIL
11/15/2007 POST OFFICE MADE NOTIFICATION REGARDING A PACKAGE FOR PICK UP ON 10/01, 10/06 + 10/16. THE PACKAGE WAS UNCLAIMED. UNEXECUTED

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

JAMES ALAN BUSH

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07-04261 PVT

V.

KATHY BICHEL, ET AL

TO:

KATHY BICHEL, ET AL

1256 Blakely Drive

Grnwd, IN 46142

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

James Alan Bush
3859 De La Cruz Blvd
Santa Clara, CA 95154

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Betty Walton
(BY) DEPUTY CLERK

September 24, 2007
DATE

**UNEXECUTED**

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11/15/2007 |
| Name of SERVER (PRINT) Donald Harris | TITLE USMS |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Notification was made by Post Office regarding package for pick up on 10/01, 10/06 + 10/16. The package went unclaimed.

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/15/2007
                   Date

Signature of Server

UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
Address of Server SAN JOSE, CA 95113

**UNEXECUTED**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.